[No. 61986-1-I.   Division One.   September 28, 2009.]

*In the Matter of the Personal Restraint of* DAVID LEVICE PHILLIPS, *Petitioner.*

Petition for relief from personal restraint. *Remanded with instructions* by unpublished per curiam opinion.

[No. 62045-2-I.   Division One.   September 28, 2009.]

*In the Matter of the Personal Restraint of* WALTER RAY CHUMLEY, *Petitioner.*

Petition for relief from personal restraint. *Remanded with instructions* by unpublished per curiam opinion.

[No. 62056-8-I.   Division One.   September 28, 2009.]

THE STATE OF WASHINGTON, *Appellant,* v. JESUS SERJIO JIMENEZ, *Respondent.*

Appeal from a judgment of the Superior Court for Skagit County, No. 07-1-01106-3, Dave Needy, J., entered July 23, 2008. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Agid and Appelwick, JJ.

[No. 62079-7-I.   Division One.   September 28, 2009.]

*In the Matter of the Marriage of* CHRISTINE K. HAZLETT, *Respondent,* and STEVEN R. HAZLETT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 07-3-02653-7, Theresa B. Doyle, J., entered June 24, 2008. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Agid, J., concurred in by Dwyer, A.C.J., and Ellington, J.